DUDDLESTON ET AL. *v.* GRILLS ET AL.

No. 370. Decided January 9, 1967.

*Benjamin G. Cox* and *Buena Chaney* for appellants.

*John J. Dillon,* Attorney General of Indiana, for appellees Branigin et al.

PER CURIAM.

The judgment is vacated and the case is remanded to the District Court for further consideration in light of *Swann* v. *Adams, ante,* p. 440, *Wesberry* v. *Sanders,* 376 U. S. 1, and *Reynolds* v. *Sims,* 377 U. S. 533.

MR. JUSTICE HARLAN and MR. JUSTICE STEWART are of the opinion that the judgment should be affirmed.